**LAW OFFICES OF DAVID A. ELDEN**
DAVID A. ELDEN (SBN: 46684)
11377 West Olympic Blvd., 10th Floor
Los Angeles, CA 90064
Tel.: (310) 478-3100
Fax: (310) 478-2200
Email: elden@innocent.com

Attorney for Defendant
ANDY VILLA

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>ANDY VILLA<br><br>　　　　　　　　　　Defendant. | **CASE NO: CR-08-00284**<br><br>~~PROPOSED~~ **ORDER RE: NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF MAGISTRATE'S ORDER OF DETENTION** |

　　GOOD CAUSE APPEARING, it is hereby ORDERED that the DEFENDANT'S APPLICATION FOR RECONSIDERATION OF CONDITIONS OF RELEASE/DETENTION is GRANTED.

Dated: April 18, 2008

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　HONORABLE MARGARET A. NAGLE
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**DAVID ELDEN**
Attorney at Law
11377 W Olympic Blvd
10th Floor
Los Angeles, CA 90064

1